# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STARKEY LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP, and ADAPTIVE SONICS LLC, <br><br> Defendants. | C.A. No. 0:12-cv-01820-MJD-SER <br><br> Honorable Chief Judge Michael J. Davis <br><br> JURY TRIAL DEMANDED |

### DEFENDANTS ACACIA RESEARCH CORPORATION AND ACACIA RESEARCH GROUP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Acacia Research Corporation and Acacia Research Group (the "Acacia Defendants") hereby move the Court for an Order dismissing Plaintiff's complaint for non-infringement (Count I) and invalidity (Count II) against the Acacia Defendants for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. This motion is based on Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the memorandum of law in support of thereof, the arguments of counsel, and the entire record herein.

Counsel for Starkey Laboratories and counsel for the Acacia Defendants had a telephonic meet and confer on September 6, 2012 and met and conferred in a good faith effort to resolve the issues raised in this motion without the need for court intervention. However, counsel for Starkey advised that they intend to oppose this motion.

LITIOC/2053588v1/101022-0059

Dated: September 10, 2012

Respectfully submitted,

**FREDRIKSON & BYRON, P.A.**

 /s/ Laura L. Myers
Lora M. Friedemann
lfriedemann@fredlaw.com
Laura L. Myers
lmyers@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

**STRADLING YOCCA CARLSON & RAUTH, P.C.**
Marc J. Schneider
mschneider@sycr.com
Sarah Brooks
sbrooks@sycr.com
Aaron C. Humes
ahumes@sycr.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Telephone: +1 (949) 725-4000
Facsimile: +1 (949) 725-4100

*Attorneys for Defendants*
ACACIA RESEARCH CORPORATION and ACACIA RESEARCH GROUP